IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1414-AP

TATANJIA "TAJ" WILLYARD,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Gail C. Harriss, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail: gail.harriss@dawesandharriss.com

For Defendant:
Thomas H. Kraus
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A.   **Date Complaint Was Filed:   7/27/05**

   B.   **Date Complaint Was Served on U.S. Attorney's Office:   8/17/05**

   C.   **Date Answer and Administrative Record Were Filed:   10/27/05**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

A.   **Plaintiff states: There are no issues with the accuracy or completeness of the Administrative Record.  Plaintiff believes the record is complete.**

B.   **Defendant states: There are no issues with the accuracy or completeness of the Administrative Record.  Defendant believes the record is complete.**

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

A.   **Plaintiff does not plan to submit additional evidence.**

B.   **Defendant does not plan to submit additional evidence.**

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

A.   **Plaintiff states:  This case does not raise unusual claims or defenses.**

B.   **Defendant states:  This case does not raise unusual claims or defenses.**

## 7. OTHER MATTERS

A.   **Plaintiff: Plaintiff has no other matters at this time.**

B.   **Defendant:  Defendant has no other matters at this time.**

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due: December 12, 2005.**

    **B.**    **Defendant's Response Brief Due: January 11, 2006.**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: January 26, 2006**.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:  Oral Argument is not requested.**

    **B.**    **Defendant's Statement:  Oral Argument is not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 4th day of <u>November</u>, 2005.

                                                         BY THE COURT:

                                                         S/John L. Kane
                                                         U.S. DISTRICT COURT JUDGE

APPROVED:

s/Gail C. Harriss
Gail C. Harriss
Dawes And Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail: gail.harriss@dawesandharriss.com
Attorney for Plaintiff

UNITED STATES ATTORNEY

s/Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
E-mail: tom.kraus@ssa.gov

Attorney for Defendant(s)